Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made by NATHANIEL B. COLEMAN and RUBY COLEMAN for NATHAN C. COLEMAN, Deceased, Respondents, v. CARTER & WEEKES STEVEDORING COMPANY, Employer, and MANUFACTURERS' LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Remitted to the Commission for further evidence.

HARRIET E. OSTRANDER, Respondent, v. GEORGE N. OSTRANDER, Appellant.— Interlocutory judgment unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. RAQUETTE FALLS LAND COMPANY, Appellant.— Motion denied.

WILLIAM A. SMITH and CARRIE E. WHEELER, as Administratrix, etc., of BENSON WHEELER, Deceased, Respondents, v. IDA J. GRAVES, Appellant. — Motion denied.

E. A. STROUT FARM AGENCY, Respondent, v. ARCHIE GLADSTONE, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

JACOB W. STALEY, as Executor, etc., of JACOB STALEE, Deceased, Respondent, v. MARY E. NELLIS and THE JOHNSTOWN BANK, Appellants, Impleaded with Others.— Motion denied.

HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, Respondent, v. MITCHELL HAMLIN and THE FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellants.— Judgment and order unanimously affirmed, with costs.

ROBERT T. TOWNSEND, as Administrator, etc., of JAMES T. TOWNSEND, Deceased, Appellant, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Motion granted.

GEORGE WORTZ, Appellant, v. EDWARD L. HARDER, Respondent.— Motion granted.

STIEWCY ZDAMKO, Appellant, v. ELMER A. GASNER, Respondent.— Judgment unanimously affirmed, with costs.

---

## FOURTH DEPARTMENT, SEPTEMBER, 1919.

THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Plaintiff, v. EDMUND P. COTTLE and Others, Respondents, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IDA MULKINS, Appellant, v. GEORGE A. JIMERSON 'and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

EAST LAKE LUMBER COMPANY, Appellant, v. GREENLEAF S. VAN GORDER and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.